

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-15-00065-CR, 06-15-00066-CR
& 06-15-00071-CR

CHRISTOPHER ANTHONY DAVIDSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Nos. 29922, 29694 & 30032

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Our review of the clerk's and reporter's records in these cases indicates that these records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's record and the sixth volume of the reporter's record in each of these cases contain appellant's social security number and government-issued personal identification number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the clerk's record and the sixth volume of the reporter's record in each of these cases contain sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(f), to seal the electronically filed clerk's record as well as the sixth volume of the reporter's record in cause numbers 06-15-00065-CR, 06-15-00066-CR, and 06-15-00071-CR, each of which are styled *Christopher Anthony Davidson v. The State of Texas*.

IT IS SO ORDERED.

BY THE COURT

Date: August 21, 2015